# Court of Appeals
# of the State of Georgia

ATLANTA, __March 28, 2013__

*The Court of Appeals hereby passes the following order:*

**A13D0280.    IN THE INTEREST OF: C. T. AND M. S., CHILDREN (FATHER).**

The father of C. T. and M. S. seeks to appeal the January 28, 2013, order terminating his parental rights. The father filed his application for discretionary appeal on March 8, 2013. To be timely, a discretionary application must be filed within 30 days of entry of the order at issue. OCGA § 5-6- 35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Here, the father filed his application 39 days after the juvenile court entered its termination order. We lack jurisdiction to consider an untimely application for discretionary appeal. See *Hill*, supra. Accordingly, this untimely application for appeal is *DISMISSED* for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __03/28/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*